IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) | C/A No. 5:09-2391-MBS-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Community Transport Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This plaintiff, Equal Employment Opportunity Commission, filed this employment action against Defendant Community Transport Services, LLC to correct alleged unlawful employment practices and provide relief for Dale Morant. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC for pretrial proceedings.

The plaintiff previously filed a motion for entry of default, which the court granted. To date, the plaintiff has not taken any further action in this matter. Therefore, it is hereby

**ORDERED** that the plaintiff, within fourteen (14) days from the date of this Order, shall file a properly supported motion for default judgment or otherwise indicate how it would like to proceed. If the plaintiff fails to file the motion or to take other action to advance this matter, the court shall recommend that this action be dismissed.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

February 23, 2011
Columbia, South Carolina