**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | **CIVIL ACTION 5:09-2391-MBS-PJG** |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | |
| **COMMUNITY TRANSPORT SERVICES, LLC,** | ) ) ) ) | **ORDER AND JUDGMENT** |
| **Defendant.** | ) ) ) | |

This matter was before the Court for consideration of Plaintiff Equal Employment Opportunity Commission's Motion for Default Judgment wherein Plaintiff seeks back pay and compensatory damages for Dale Morant. The Court finds sufficient evidence before it to support Plaintiff's claims for back pay and compensatory damages resulting from emotional distress suffered by Dale Morant.

Plaintiff's Motion for Default Judgment is GRANTED. It is ORDERED that JUDGMENT is ENTERED against Community Transport Services, LLC in favor of Plaintiff Equal Employment Opportunity Commission on behalf of Dale Morant, and that Dale Morant shall have and recover $23,435.02 as back pay and $10,000 as compensatory damages.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 20, 2011